UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UMA KIRBARAN,

                                    Plaintiff,                    Case No:

    -against-                                                    **JURY TRIAL DEMANDED**

TARGET CORPORATION,

                                    Defendant,
------------------------------------------------------------X

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, TARGET CORPORATION (hereinafter "TARGET"), by the undersigned counsel, hereby removes to this Court the above captioned action, which was pending against it in the Supreme Court of the State of New York, County of BRONX. Removal is based on the following grounds:

    1.    On or about August 17, 2021, Plaintiff, UMA KIRBARAN, commenced a civil action against TARGET in the Supreme Court of the State of New York, County of Bronx, docketed as Index No.811185/2021E (hereinafter the "Lawsuit").

    2.    On or about August 20, 2021, TARGET was served with a copy of the Summons and Verified Complaint in this Lawsuit via State of New York, Department of State, Division of Corporations. A true and accurate copy of the Summons, Verified Complaint and Affidavit of Service upon the Secretary of State is attached as **Exhibit A**.

    3.    This Notice of Removal is being filed by TARGET pursuant to 28 U.S.C. § 1446(2) more than thirty days after service of a copy of the Summons and Verified Complaint because the

pleadings do not specify the amount in controversy and a good faith effort has been made to verify the alleged injuries.

4. In this Lawsuit, Plaintiff asserts causes of action against TARGET based upon negligence.

5. The Lawsuit alleges that solely as a result of TARGET's negligence, "within the premises of Defendant, Target Corporation, located at 815 Hutchinson River Parkway, in the County of the Bronx and State of New York, while walking at the said location the Plaintiff was caused to slip and fall due to dangerous conditions, defective floors, water, slippery/foreign substances and/or debris on the floor, absence of non-slip floor matting, flooring materials that were excessively slippery, presence of excessive wax and/or floor sealant, flooring material that were uneven, broken, cracked, dilapidated, etc., and/or inadequate illumination and thereby sustaining severe injuries. (Verified Complaint at ¶ 5).

6. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 due to complete diversity among the parties' citizenship and because the amount in controversy allegedly exceeds $75,000 exclusive of interest and costs.

## Diversity Jurisdiction Exists

7. Plaintiff resides in the County of Bronx, and therefore is a citizen of the State of New York. (*See* Summons).

8. Defendant TARGET is a Minnesota business corporation and has its principal place of business in Minneapolis, Minnesota. Target is not a citizen of the State of New York, nor do they have principal places of business in New York. No change in the place of incorporation or principal place of business of TARGET has occurred since the commencement of this Lawsuit.

## Amount In Controversy Exceeds $75,000

9.  In the Complaint, Plaintiff seeks unspecified damages for personal injuries suffered at a TARGET store when "within the premises of Defendant, Target Corporation, located at 815 Hutchinson River Parkway, in the County of the Bronx and State of New York.

10. On September 21, 2021, Plaintiff's counsel was requested to stipulate that the recovery for damages would be capped at $75,000 and that TARGET would forego their request for removal despite repeated follow-up, Plaintiff's counsel has refused to execute this stipulation. The amount in controversy therefore may be deemed to exceed $75,000. *See Felipe v. Target Corp.* (2008, SD NY) 572 F Supp 2d 455. See **Exhibit B**.

11. This Lawsuit is, therefore, a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446. Furthermore, removal to this judicial district and division is proper pursuant to 28 U.S.C. § 1441(a) as this is the district and division embracing Bronx County, New York, where the Lawsuit is pending.

12. This Notice is accompanied by copies of all process, pleadings and orders served upon defendant in this action.

13. Promptly after this filing, this Notice of Removal will be served on Plaintiff, and TARGET will file a copy of this Notice of Removal with the Clerk of Court for the Supreme Court for the State of New York, County of Bronx.

14. This Notice is signed in accordance with Federal Rule of Civil Procedure 11.

WHEREFORE, Defendant, TARGET CORPORATION respectfully removes the Lawsuit to this Court.

Dated: New York, New York
October 18, 2021

By: ***Alice Spitz***
ALICE SPITZ (AS 5155)
MOLOD SPITZ & DeSANTIS, P.C.
1430 Broadway, 21st Floor
New York, NY 10018
Tel: (212) 869-3200
Our File No: TARG 571
Email: aspitz@molodspitz.com

*Attorneys for Defendant*
TARGET CORPORATION