

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMA KIRBARAN,

        Plaintiff,

-against-

TARGET CORPORATION,

        Defendant.

21-CV-8543 (PGG) (BCM)

**REVISED CASE MANAGEMENT ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, the Court adopts the following revised case management and scheduling order pursuant to Fed. R. Civ. P. 16:

1. Depositions and Additional Fact Discovery. All remaining fact discovery, including depositions, shall be completed no later than **September 12, 2022**. No further extensions of this deadline will be granted absent compelling circumstances.

2. Expert Discovery. Disclosure of plaintiff's expert evidence, including the identities and written reports of plaintiff's expert(s), as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **October 12, 2022**. Disclosure of defendant's expert evidence shall be made no later than **November 23, 2022**. Depositions of experts shall be completed no later than **December 21, 2022**.

3. Close of Discovery. All discovery shall be completed no later than **December 21, 2022**.

4. Status Conference. Judge Moses will conduct a status conference on **August 30, 2022 at 10:00 a.m**. No later than **August 23, 2022**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

5. Summary Judgment. Summary judgment motions, if any (or, if required by the district judge, pre-motion conference letters with respect to summary judgment) shall be filed no later than **January 27, 2023**. Summary judgment motion papers shall conform to the individual practices of the district judge.

6. Joint Pretrial Order. The parties' proposed joint pretrial order shall be filed no later than **January 27, 2023**, unless there are summary judgment motion(s), in which case the joint pretrial order shall be filed no later than **30 days after the decision on the motion(s)**. The proposed joint pretrial order shall conform to the individual practices of the district judge.

7. <u>Prior Orders Remain in Effect</u>. To the extent not expressly modified herein, all provisions of this Court's prior case management order (Dkt. No. 14) remain in effect.

Dated: New York, New York
June 28, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**