**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
UMA KIRBARAN,

                      Plaintiff,
        -against-                              21 **CIVIL** 8543 (PGG)

                                                                     **<u>JUDGMENT</u>**

TARGET CORPORATION,

                      Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 12, 2024, Defendant Target's motion for summary judgment is granted, and Target's request for oral argument is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York

      March 12, 2024

                                                  **RUBY J. KRAJICK**
                                                 _____
                                                     **Clerk of Court**

                        **BY:**      *K. Mango*
                                                  _____
                                                     **Deputy Clerk**